IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAN M. RAYA,

    Petitioner,                                   No. CIV S-11-2340 LKK EFB P

    vs.

RONALD GROUNDS,

    Respondent.                              <u>ORDER</u>

                                     /

      Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a motion seeking the appointment of counsel. Dckt. No. 23. He claims that he speaks only Spanish and does not know how to read or write English; that the law library does not contain books written in Spanish; and that the law library clerks cannot assist Spanish-speaking inmates. He explains that he obtained help from another inmate in filing his petition, but that inmate is now in administrative segregation. He has been unable to obtain help from other inmates because they want to be paid money.

      The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to appoint counsel is granted. *See* Dckt. No. 23.

2. The Federal Defender is appointed to represent petitioner.

3. The Clerk of the Court is directed to serve a copy of the first amended petition and this order on David Porter, Assistant Federal Defender. *See* Dckt. No. 16.

4. Within 90 days of the date of this order, petitioner's counsel shall file a motion to amend his petition or a notice that the action will proceed on the first amended petition.

5. The current deadline for respondent to file a response to the first amended petition is vacated.

DATED: December 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2