DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
ADAN M. RAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN M. RAYA, | No. 2:11-cv-02340-LKK-EFB |
| Petitioner, | |
| v. | **ORDER** |
| RONALD GROUNDS, | |
| Respondent. | |

Pursuant to petitioner's Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Marylou Hillberg, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: January 24, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE