UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN M. RAYA, | No. 2:11-cv-02340 LKK AC P |
| Petitioner, | |
| v. | ORDER |
| RONALD GROUNDS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with court-appointed counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. On May 28, 2014, this court ordered petitioner to file and properly notice a motion for a stay pursuant to Local Rule 230 within fourteen days of the order. ECF No. 42. On June 10, 2014, petitioner filed a request for a stay without noticing it for a hearing. Accordingly, on June 25, 2014, the court vacated petitioner's request and once again directed petitioner to file and properly notice the motion. See ECF No. 45. On July 14, 2014 petitioner again filed a motion for a stay. ECF No. 46. While the body of this motion contained a purported "notice of motion" setting a hearing date of August 13, 2014, the CM/ECF entry generated by petitioner did not reflect a hearing date and no hearing was in fact set on the court's calendar. Moreover, as a result of the defective notice, respondent has not filed an opposition or notice of non-opposition to the motion. Accordingly, pursuant to Local Rule 230, the hearing is reset to September 3, 2014 in order to allow proper briefing of this matter.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The hearing currently scheduled for August 13, 2014 is hereby vacated;

2. Respondent shall file an opposition or notice of non-opposition to petitioner's motion for a stay no later than August 20, 2014.

3. Any reply by petitioner is due no later than August 27, 2014.

4. The motion for a stay shall be heard on the court's law and motions calendar on September 3, 2014.

DATED: August 5, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE