UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN M. RAYA, | No. 2:11-cv-02340 LKK AC P |
| Petitioner, | |
| v. | ORDER |
| RONALD GROUNDS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with court-appointed counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. Petitioner's request for funding filed on June 10, 2014 and the separate funding request filed as an exhibit to petitioner's response will be sealed by the court based on petitioner's failure to follow established CJRA procedures for requesting funding for expert witnesses. Counsel for petitioner is directed to follow the procedure for employing experts for non-death penalty cases which is available on the Federal Public Defender's secure website. See http://www.cae-fpd.org/cja1htm#Announce. The court will not process funding requests that are filed on the court's public electronic case filing system.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The request for funding (ECF No. 43) and the separate funding request filed as an exhibit to petitioner's response (ECF No. 40-1) are sealed.

////

////

1

    2.  Any request for advance authorization for expert services must be submitted directly to the Federal Defender's Office for processing.

DATED: August 6, 2014

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE